262 So.2d 394

STATE of Louisiana ex rel.
Peter Wiljo JARVI

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52503.

May 30, 1972.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.